IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| ROBERT E. GREGORY, | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | No. CIV-09-963-C |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social Security<br>Administration, | ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on April 19, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the decision of the Commissioner denying disability benefits is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 25th day of May, 2010.

ROBIN J. CAUTHRON
United States District Judge